IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:19CR3116 |
| vs. | |
| ZACHARY R. MACOMBER, | ORDER |
| Defendants. | |

IT IS ORDERED:

1) The motion of Jessica Milburn to withdraw as counsel of record for Defendant, (Filing No. 42), is granted.

2) Defendant's newly retained counsel, Tim Sullivan, shall promptly notify Defendant of the entry of this order.

3) The clerk shall delete Jessica Milburn from any future ECF notifications herein.

February 3, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge